IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSAN GOODLAXSON, *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| MAYOR AND CITY COUNCIL OF BALITMORE, | * |
| Defendant. | * |

CIVIL NO. JKB-21-1454

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On August 8, 2022, the Court held a Telephone Status Conference in this matter. On that call, the parties advised the Court that they continued to make significant progress towards a negotiated disposition of this complex matter and that, at this time, requested that the Court not enter a Scheduling Order.[1] Instead, the parties indicated that they intended to engage in further settlement negotiations in the immediate future and requested a status conference with the Court in three months to reevaluate the status and needs of this case. Accordingly, and for the reasons stated on the Telephone Status Conference, it is hereby ORDERED that:

1. Any deadlines previously set in this case, other than those for settlement-related discovery, are VACATED;

---

[1] Plaintiffs also requested that this Court vacate previously entered deadlines in this matter, citing an August 22, 2022 deadline for dispositive pretrial motions. This deadline appears have been proposed by the Court in an earlier Proposed Scheduling Order, but ultimately never implemented. (*See* ECF No. 39.) Out of an abundance of caution, this Order will vacate all prior deadlines.

2. A Telephone Status Conference is set in for **November 9, 2022 at 12:00 p.m.** Counsel for Plaintiffs are DIRECTED to arrange for and distribute conference calling information to counsel for Defendant and Judge Bredar's Chambers.

DATED this ____9____ day of August, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge